

scanned
FILED
MAR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 08CV37-JJF

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  c/o D. Hoof  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )  D. HOOFNAGLE   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Warden<br>Delaware Correctional Center<br>1181 Paddock Road<br>Smyrna, DE 19977 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  (Transfer from service label) | 7007 2680 0003 3006 6045 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540