D.I. # _____

# CIVIL ACTION
# NUMBER: _____ 08CV37 JJF

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service ™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 460 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Postmark Here

MAR 06

Sent To
Warden
Delaware Correctional Center
Street, Apt. No. or PO Box No.
1181 Paddock Road
City, State, ZIP:
Smyrna, DE 19977

PS Form 3800,

7007 2560 0003 3006 6048