Mark Kirk, #291259
DCC, 1181 Paddock Rd.
Smyrna, DE 19977-9679

4-6-08

Clerk of the Court
Del. Dist. Ct.
844 N. King St., Lockbox 18
Wilmington, DE 19801-3570

Kirk vs. Phelps
1:08-cv-37 JJF
Habeas

Dear Sir or Madam:

Please send me a docket sheet. Thanks very much.

Cordially,

Mark Kirk

FILED
APR - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FROM:
Mark Kirk
SBI# 291259    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.
X-RAY

WILMINGTON DE 197
02 APR 2008 PM 3 F

TO:
Clerk of the Court
U.S. Dist. Ct. of DEL.
844 N. King St., Lockbox 18
Wilmington, DE
19801-3570