```
                                          Mark Kirk, #291259
                                          DCC, 1181 Paddock Rd.
                                          Smyrna, DE  19977-9679
```

9 April 2008



Clerk of the Court
U.S. Dist. Ct. of Del.
844 N. King St., Lockbox 18
Wilmington, DE  19801

Kirk v. Phelps, 1:08-cv-37 JJF

Dear Sir or Madam:

  I wrote you requesting a copy of my docket because you had informed prior that there had been an erroneous docket entry. Your response was that copies of docket sheets cost $.50 per page.

  This new electronic filing format may be convenient for the Court and the State, but amounts to another unfair advantage for the State while impeding pro se prisoners access to the Court.

  Nevertheless, please email me a copy of my entire docket for this case, to **m.kirk.A228@lmepro.net**.

  Thank you for your time in this matter.

Cordially,

*[signature]*



U.S. District Ct. of Del.
844 N. King St.
Lockbox 18
Wilmington, DE
           19801-3570