OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 15, 2008

TO:  Mark Anthony Kirk
     SBI# 00291259
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

**RE:  REQUEST FOR COPYWORK, C.A. NO. 08-37(JJF)**

Dear Mr. Kirk:

This is in response to your letter received on 4/11/08 requesting a copy of the docket sheet.

Please be advised that the fee for copywork is fifty cents ($.50) per page. **Should you require copywork in the future**, please be aware of this fee requirement. Prepayment in the amount of $1.50 should be sent with your request, check or money order payable to Clerk, United States District Court. Please be advised that this office will **mail** you the copywork requested, but **does not** transmit request via email.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc:  The Honorable Joseph J. Farnan, Jr.